1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  JOSHUA MOTE
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                         **SACRAMENTO DIVISION**
10

11
   JOSHUA MOTE,                          ) Case No.:  2:13-CV-2640 KJN
12                                        )
             Plaintiff,                   ) STIPULATION TO EXTEND
13                                        ) BRIEFING SCHEDULE
         vs.                              )
14                                        )
   CAROLYN COLVIN, Acting                 )
15                                        )
   Commissioner of Social Security,       )
16                                        )
             Defendant                    )
17 _____       )

18
         TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE
19
   JUDGE OF THE DISTRICT COURT:
20
         Plaintiff Joshua Mote ("Plaintiff") and defendant Carolyn Colvin, Acting
21
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
22
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
23
   for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to July
24
   28, 2014; and that Defendant shall have until August 27, 2014, to file his
25
   opposition.  Any reply by plaintiff will be due September 2, 2014.
26

                                         -1-

1  An extension of time for plaintiff is needed in order to properly address the
2 issues within the administrative record in this matter.  Counsel sincerely apologizes
3 to the court for any inconvenience this may have had upon it or its staff.

4

5 DATE: June 16, 2014            Respectfully submitted,

6                                LAW OFFICES OF LAWRENCE D. ROHLFING

7                                /s/ *Steven G. Rosales*
                                 BY: _____
8                                Steven G. Rosales
                                 Attorney for plaintiff JOSHUA MOTE

9

10 DATED:  June 16, 2014          BENJAMIN WAGNER
                                  United States Attorney
11

12

13                                */S/- Lara A. Bradt

14                                _____
                                  Lara A. Bradt
15                                Special Assistant United States Attorney
                                  Attorney for Defendant
16                                [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including July 28, 2014, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to August 27,
4 2014 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due September 2, 2014.
6    IT IS SO ORDERED.
7 Dated:  June 18, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE