Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  JOSHUA MOTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA MOTE, | ) Case No.:  2:13-CV-2640 KJN |
| Plaintiff, | ) |
| vs. | ) ORDER RE STIPULATION TO |
| | ) EXTEND BRIEFING SCHEDULE |
| CAROLYN COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Joshua Mote ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to July 30, 2014; and that Defendant shall have until August 29, 2014, to file his opposition.  Any reply by plaintiff will be due September 2, 2014.

1    A second extension of time is needed because Plaintiff's Counsel's Spouse
2 recently began weekly chemotherapy treatment for her Stage IV breast cancer which
3 metastasized initially to her liver and continues to spread to her lungs and spine.
4 Counsel requires the additional time to file the Joint Stipulation to allow him to
5 devote the appropriate time to assist his Spouse and his two elementary school aged
6 children through this obviously stressful experience.  Counsel sincerely apologizes
7 to the court for any inconvenience this may have had upon it or its staff.

9  DATE: July 30, 2014           Respectfully submitted,
10                                LAW OFFICES OF LAWRENCE D. ROHLFING
11                                       /s/ *Steven G. Rosales*
                                  BY: _____
12                                Steven G. Rosales
                                  Attorney for plaintiff JOSHUA MOTE

14 DATED:  July 30, 2014          BENJAMIN WAGNER
                                  United States Attorney

17                                */S/- Patrick Snyder

18                                _____
                                  Patrick Snyder
19                                Special Assistant United States Attorney
                                  Attorney for Defendant
20                                [*Via email authorization]

The court notes that plaintiff's motion for summary judgment and/or remand was filed on July 30, 2014. (ECF No. 17.) In light of the above, IT IS HEREBY ORDERED that plaintiff may have a retroactive extension of time, to and including July 30, 2014, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to August 29, 2014, to file his opposition, if any is forthcoming. Any reply by plaintiff will be due September 2, 2014.

Furthermore, given the circumstances, the court would be willing to consider a stipulation for a further reasonable extension of time to file any reply brief, if necessary.

IT IS SO ORDERED.

Dated: July 31, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE